UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

N.O.I.,

Petitioner,

v.

WARDEN, IRWIN COUNTY DETENTION
CENTER, *et al.*

Respondents

Case No. 7:26-cv-120 (WLS-CHW)

**PETITION FOR WRIT OF
HABEAS CORPUS**

Alien File No. 247-020-593

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

On April 24, 2026, the Court ordered that Petitioner be provided with a bond hearing to determine if Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. Petitioner was provided with that bond hearing on April 30, 2026. As Petitioner was provided with the ordered remedy, Petitioner is now seeking to voluntarily dismiss in the above-captioned case pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Petitioner and his counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Respondents.

DATED this 6th day of May, 2026.

By: /s/ Carlos E. Solomiany
Carlos E. Solomiany, Esq.
*Ross and Pines, LLC*
Attorney for the Petitioner
5555 Glenridge Connector, Suite 435
Atlanta, Ga. 30342
404-812-4300 (tel.)
404-812-4303 (fax.)
carlos@rossandpines.com

SO ORDERED this 8th day
of May 2026.

W. Louis Sands, Sr. Judge
United States District Court