IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

NESTOR ORDONEZ ISAGUIRRE,   *

    Petitioner,   *

v.           Case No. 7:26-CV-00120-WLS-CHW

           *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al,     *

    Respondents.  *

## J U D G M E N T

Pursuant to this Court's Order dated May 8, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of May, 2026.

       David W. Bunt, Clerk


       s/ Angelica E. Niccolai, Deputy Clerk